**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

RICHARD M. RAND            2773-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

Attorney for Defendant
OUTRIGGER HOTELS HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANGIE PARANGAN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>OUTRIGGER HOTELS HAWAII, JOHN DOES 1-5, DOE CORPORATIONS 1-5, DOE LLCS 1-5, DOE PARTNERSHIPS 1-5, DOE NON-PROFIT ORGANIZATIONS 1-5, and DOE GOVERNMENTAL AGENCIES 1-5,<br><br>　　　　　　Defendant. | CIVIL NO. _____<br><br>DEFENDANT OUTRIGGER HOTELS HAWAII'S **NOTICE OF REMOVAL**; DECLARATION OF RICHARD M. RAND; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br><br>No Trial Date Set. |

633160/0056.021

## DEFENDANT OUTRIGGER HOTELS HAWAII'S <u>NOTICE OF REMOVAL</u>

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII:

PLEASE TAKE NOTICE that, pursuant to the provisions of 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Outrigger Hotels Hawaii ("Defendant") hereby removes Civil No. 14-1-1119-05 KKS from the Circuit Court of the First Circuit, State of Hawai`i, to the United States District Court for the District of Hawaii.  The grounds for removal are:

1. On May 5, 2014 the instant action was commenced by the filing of a Complaint; Summons ("Complaint") in the Circuit Court of the First Circuit, State of Hawai`i, identified as *Angie Parangan v. Outrigger Hotels Hawaii*; Civil No. 14-1-1119-05 KKS.  A true and correct copy of the Complaint is attached hereto as Exhibit "A".  The Complaint alleges, *inter alia*, violations of Title VII of the Civil Rights Act, 42 U.S.C. Section 2000e *et seq.*

2. On May 15, 2014, Defendant was served with a copy of the Complaint.  No other process, pleadings, and/or orders have been served upon Defendant in this case.

3. No further proceedings have been had, and thirty days have not elapsed since this action became removable to this Court.  Thus, removal of this action is timely under 28 U.S.C. § 1446(b).

4. Defendant has the right to remove Civil No. 14-1-1119-05 KKS to this Court pursuant to 28 U.S.C. §§ 1331, and 1441 because Plaintiff's Complaint asserts federal claims under 42 U.S.C. Sections 2000e *et seq.*; *see* Ex. A. The Court has supplemental jurisdiction over the other claims in the Complaint pursuant to 28 U.S.C. § 1367.

5. Pursuant to 28 U.S.C. § 1446 (d), Defendant will provide counsel for Plaintiff with written notice of the filing of this Notice of Removal, and will file a copy of the Notice of Removal with the Clerk of the Circuit Court of the First Circuit, State of Hawai`i.

6. By filing this Notice of Removal, Defendant waives no defenses to the Complaint.

WHEREFORE, DEFENDANT respectfully requests that this action be duly removed from the Circuit Court of the First Circuit, State of Hawai`i, to the United States District Court for the District of Hawaii and that the action proceed herein.

DATED: Honolulu, Hawaii, June 4, 2014.

    */s/ Richard M. Rand*
RICHARD M. RAND

Attorney for Defendant
GRACE PACIFIC CORPORATION